UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GINA CARUSO,**<br><br>Plaintiff,<br><br>v.<br><br>**MOLLY HILL, et al.,**<br><br>Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES**<br><br>**(ECF No. 19)**<br><br>Judge: The Honorable Erica P. Grosjean |

This matter having come before the Court on Defendants' Request to Continue Scheduling Conference and Related Dates (ECF No. 19) and good cause appearing, the motion is GRANTED.

The Mandatory Scheduling Conference and related dates are VACATED. The Court will reset the Conference and the related dates promptly after Defendants' motion to dismiss has been resolved, to the extent the motion is not granted.
IT IS SO ORDERED.

Dated: __**April 8, 2020**__            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1