XAVIER BECERRA, State Bar No. 118517
Attorney General of California
R. LAWRENCE BRAGG, State Bar No. 119194
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7345
 Fax:  (916) 324-5205
 E-mail:  Arthur.Mark@doj.ca.gov
*Attorneys for Defendants*
*R. Montes and M. Hill*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GINA CARUSO,** | 1:20-cv-00084-AWI-EPG (PC) |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S OPERATIVE COMPLAINT** |
| v. | |
| **MOLLY HILL, et al.,** | Judge:         The Honorable Erica P. Grosjean |
| Defendants. | Trial Date:    None set |
| | Action Filed: January 15, 2020 |

**STIPULATION**

Pursuant to Eastern District Local Rule 144(a), the parties, by and through their attorneys of record, hereby stipulate as follows:

1. On January 20, 2021, the Court granted Defendants' motion to dismiss Plaintiff's due process claim and ordered that Defendants answer the complaint by February 3, 2021.  (ECF No. 33.).

2. Defendants' counsel has been working diligently to prepare the answer, but requires additional time to consult further with his clients and finalize the answer.

1

3. Accordingly, the parties stipulate that Defendants shall have to and including February 9, 2021 to file their answer to Plaintiff's complaint.

Dated:  February 2, 2021

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
R. LAWRENCE BRAGG
Supervising Deputy Attorney General

*/s/ Arthur B. Mark III*
ARTHUR B. MARK III
Deputy Attorney General
*Attorneys for Defendants*
*R. Montes and M. Hill*

JUSTICE FIRST

*/S/ JENNY HUANG*

JENNY HUANG
JESSICA ARENA
*Attorneys for Plaintiff*
*Gina Caruso*

## ORDER

This matter having come before the Court on the parties' stipulation to extend time for Defendants' to answer Plaintiff's complaint, and good cause appearing, the request is granted. Defendants shall file their answer to Plaintiff's operative complaint on or before February 9, 2021.

IT IS SO ORDERED.

Dated:  **February 3, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE