UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MOLLY HILL, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>ORDER APPROVING STIPULATION TO ALLOW FILING OF AN AMENDED ANSWER<br><br>(ECF No. 42) |

　　　The Court finds that finding good causes exists to approve the stipulation the parties filed on March 23, 2021 (ECF No. 42).

　　　Accordingly, IT IS ORDERED that the stipulation filed on March 23, 2021, is APPROVED.  Defendants shall file an amended answer to Plaintiff's operative complaint on or before April 16, 2021.  The parties shall exchange initial disclosures by April 30, 2021.

IT IS SO ORDERED.

　　Dated:  **March 24, 2021**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 -