Jenny C. Huang, SBN 223596
Jessica T. Arena, SBN 301807
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 628-0695
Fax: (510) 318-7701
E-mail:  jhuang@justicefirst.net
         jarena@justicefirst.net

Attorneys for Plaintiff Gina Caruso

ROB BONTA, State Bar No. 202668
Attorney General of California
R. Lawrence Bragg, State Bar No. 119194
Supervising Deputy Attorney General
Arthur B. Mark III, State Bar No. 220865
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7345
  Fax: (916) 324-5205
  E-mail: Arthur.Mark@doj.ca.gov

Attorneys for Defendants Hill and Montes

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>    Plaintiff,<br><br>    vs.<br><br>MOLLY HILL, et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00084 AWI EPG<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF OFFICIAL CAPACITY CLAIMS AND ORDER VACATING HEARING AND DENYING MOTION AS MOOT**<br><br>(Doc. Nos. 55, 56) |

WHEREAS on March 14, 2019, Plaintiff Gina Caruso was transferred from the Central California Women's Facility ("CCWF") to the California Institution for Women ("CIW");

WHEREAS on January 15, 2020, Plaintiff filed the present lawsuit asserting claims for injunctive relief relating to Plaintiff's transfer back to CIW;

WHEREAS on August 12, 2020, Plaintiff filed a First Amended Complaint (ECF No. 25) alleging official capacity claims against Defendants Richard Montes, Tammatha Foss, and Ralph Diaz on the basis of injunctive relief claims only;

WHEREAS on September 2, 2020, Defendants filed a motion seeking to dismiss, among other claims, the official capacity claims against Defendants Foss and Diaz as redundant of the official capacity claims against Defendant Montes;

WHEREAS on January 20, 2021, the Court dismissed, among other claims, the official capacity claims against Defendants Foss and Diaz (ECF No. 33);

WHEREAS while Defendants' motion to dismiss was pending, Plaintiff Gina Caruso was transferred from CCWF to CIW on September 21, 2020;

WHEREAS Defendant Montes last served as the Acting Warden of CIW on October 31, 2020 and has no authority or ability to affect decisions regarding Plaintiff's placement or housing at CIW in his current position as Associate Warden of the California Institution for Men;

WHEREAS Defendant Hill last served as Warden of CIW on November 30, 2019 and has since retired from the California Department of Corrections and Rehabilitation; and

WHEREAS Defendants filed a motion to dismiss official capacity claims on August 21, 2021 (ECF No. 55); and

WHEREAS the parties seek to resolve the pending motion without unnecessary litigation;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. Plaintiff's claims for injunctive relief are now moot, in light of Plaintiff's transfer to CIW on September 21, 2020;
2. Any and all official capacity claims are dismissed without prejudice;
3. This agreement does not preclude Plaintiff from challenging any future transfers that may be executed after the date of this agreement;

4. Defendants' motion to dismiss official capacity claims (ECF No. 55) is hereby withdrawn;

5. Plaintiff's discovery requests served on the current Warden of CIW (Mona Houston) are hereby withdrawn; and

6. Nothing in this stipulation shall be deemed as an admission of liability or preclude any defense with respect to the remaining claim against Defendants Montes and Hill in their individual capacities.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Date: August 19, 2021			JUSTICE FIRST

				_____/s/ *Jenny Huang*_____
				By: Jenny C. Huang
				Attorney for Plaintiff Gina Caruso

Date: August 19, 2021			_____/s/ *Arthur B. Mark III*_____
				Deputy Attorney General Arthur B. Mark III
				Attorney for Defendants Hill and Montes

## **ORDER**

By this Order, the Court gives full effect to the parties' above stipulation. Additionally, since the stipulation withdraws Defendants' motion to dismiss (Doc. No. 55), that motion is DENIED as moot and the September 13, 2021 hearing date on that motion is VACATED.

IT IS SO ORDERED.

Dated: August 23, 2021			_____
				SENIOR DISTRICT JUDGE