UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>        Plaintiff,<br><br>v.<br><br>MOLLY HILL, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>ORDER FOLLOWING MID-DISCOVERY STATUS CONFERENCE<br><br>ORDER MODIFYING SCHEDULE |

On September 13, 2021, the Court held a mid-discovery status conference. Counsel Jenny Huang telephonically appeared on behalf of Plaintiff. Counsel Arthur B. Mark, III, telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the conference, IT IS ORDERED that a motion to compel hearing is set for October 29, 2021, at 10:00 a.m., before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453. The parties shall file a joint statement regarding all outstanding discovery disputes no later than October 22, 2021, at 5:00 p.m.

Additionally, for the reasons stated on the record at the conference, the Court will modify the schedule in this action. The dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Joint Statement for Motion to Compel Hearing | October 22, 2021, 5:00 p.m. |
| Motion to Compel Hearing | October 29, 2021, 10:00 a.m. |

| Non-expert Discovery | January 28, 2022 |
| --- | --- |
| Dispositive motions | March 18, 2022 |
| Motions for Attendance of Incarcerated Witnesses | July 12, 2022 |
| Oppositions to Motions for Attendance of Incarcerated Witnesses | August 2, 2022 |
| Pretrial Conference | September 1, 2022, 10:00 a.m., Courtroom 2 (AWI) |
| Trial | November 1, 2022, 8:30 a.m., Courtroom 2 (AWI) |

All other terms and conditions of the Scheduling Order remain in full force and effect. The Court will reset the expert discovery deadlines following a decision on the motion(s) for summary judgment.[1]

IT IS SO ORDERED.

Dated:   **September 13, 2021**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Nothing in this order precludes any party from submitting an expert declaration in connection with a dispositive motion or in opposition to a dispositive motion.