Jenny C. Huang, SBN 223596
Jessica T. Arena, SBN 301807
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 628-0695
Fax: (510) 318-7701
E-mail:  jhuang@justicefirst.net
           jarena@justicefirst.net

Attorneys for Plaintiff Gina Caruso

ROB BONTA, STATE BAR NO. 202668
ATTORNEY GENERAL OF CALIFORNIA
ALICIA A. BOWER, STATE BAR NO. 287799
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone:  (916) 210-7345
   Fax:  (916) 324-5205
   E-mail:  Arthur.Mark@doj.ca.gov

Attorneys for Defendants Hill and Montes

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA CARUSO, <br><br> Plaintiff, <br><br> vs. <br><br> MOLLY HILL, et al., <br><br> Defendants. | Case No.: 1:20-cv-00084 (AWI)(EPG) <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR NON-EXPERT DISCOVERY** <br><br> (ECF No. 68) |

WHEREAS on September 13, 2021, the Court extended the deadline for non-expert discovery to January 28, 2022 and the deadline for dispositive motions to March 18, 2022;

WHEREAS Plaintiff has completed five depositions and anticipates the need to take three more depositions, including the deposition of Defendant Molly Hill;

WHEREAS Defendants have completed four depositions, including the deposition of Plaintiff Gina Caruso, and anticipates the need to take one more deposition;

WHEREAS Plaintiff's counsel and her family unexpectedly fell ill in January 2022, thereby interfering with Plaintiff's ability to complete depositions as expected;

WHEREAS the parties have agreed to allow depositions to be taken through February 11, 2022;

WHEREAS the parties are meeting and conferring on outstanding discovery disputes and anticipate the ability to resolve those disputes without the need for court intervention;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. The current deadline of January 28, 2022 for non-expert discovery may be extended until February 11, 2022;
2. The current deadline of March 18, 2022 for dispositive motions is extended until April 1, 2022;
3. All other deadlines imposed by the scheduling orders (ECF No. 59) shall remain in effect.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Date:  January 21, 2022                    JUSTICE FIRST

_____/s/ *Jenny Huang*_____
By:  Jenny C. Huang
Attorney for Plaintiff Gina Caruso


Date:  January 21, 2022                    _____/s/ *Arthur Mark*_____
Deputy Attorney General Arthur B. Mark III
Attorney for Defendants Hill and Montes

\\\
\\\
\\\

**ORDER**

The parties' stipulation dated January 21, 2022 (ECF No. 68), is APPROVED. Accordingly, IT IS ORDERED that:

1. The current deadline of January 28, 2022, for non-expert discovery is extended until February 11, 2022;

2. The current deadline of March 18, 2022, for dispositive motions is extended until April 1, 2022; and

3. All other deadlines imposed by the scheduling order (ECF Nos. 41 & 59) shall remain in effect.

IT IS SO ORDERED.

Dated:  **January 24, 2022**          /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER – EXTENSION OF NON-EXPERT DISCOVERY
*CARUSO V. HILL, ET AL.*, CASE NO. 1:20-CV-00084 (AWI)(EPG)
PAGE 3