Jenny C. Huang, SBN 223596
Jessica T. Arena, SBN 301807
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Tel.: (510) 628-0695
Fax: (510) 318-7701
E-mail:   jhuang@justicefirst.net
              jarena@justicefirst.net

Attorneys for Plaintiff Gina Caruso

ROB BONTA, State Bar No. 202668
Attorney General of California
ALICIA A. BOWER, State Bar No. 287799
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
    1300 I Street, Suite 125
    P.O. Box 944255
    Sacramento, CA 94244-2550
    Telephone:  (916) 210-7345
    Fax:  (916) 324-5205
    E-mail:  Arthur.Mark@doj.ca.gov

Attorneys for Defendants Hill and Montes

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GINA CARUSO<br><br>              Plaintiff,<br><br>       vs.<br><br>MOLLY HILL, et al.,<br><br>              Defendants. | Case No.:  1:20-cv-00084 (AWI)(EPG)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF DEFENDANT RICHARD MONTES AND WITHDRAWAL OF AFFIRMATIVE DEFENSES** |

WHEREAS the parties met and conferred in good faith about potential dispositive motions that could be filed by each party in this case;

WHEREAS the parties wish to avoid the unnecessary use of court and litigation resources;

WHEREAS the parties have mutually expressed an interest in proceeding with a settlement conference without uncertainty about the parties' likelihood of prevailing on motions for summary judgment;

IT IS HEREBY STIPULATED AND AGREED by the parties as follows:

1. Plaintiff agrees to dismiss Defendant Richard Montes, pursuant to Fed.R.Civ.Pro., Rule 41(a)(1), with each party to bear their own attorney's fees and costs;

2. Defendant Molly Hill agrees to withdraw from her Amended Answer (ECF No. 44) her Second Affirmative Defense that Plaintiff is barred from recovering damages for mental or emotional injuries, pursuant to 42 U.S.C. § 1997e(e);

3. Defendant Molly Hill agrees to also withdraw from her Amended Answer (ECF No. 44) her Fifth Affirmative Defense that Plaintiff failed to exhaust her administrative remedies; and

4. The parties have determined not to file motions for summary judgment as to the remaining claim or defenses.

//

//

//

//

//

1

2      **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

3    Date:  March 22, 2022                    JUSTICE FIRST

4                                            _____/s/ *Jenny Huang*_____

5                                            By:  Jenny C. Huang
                                             Attorney for Plaintiff Gina Caruso
6

7    Date:  March 23, 2022                    _____/s/ *Arthur Mark*_____

8                                            Arthur B. Mark III, Deputy Attorney General
                                             Attorney for Defendants Hill and Montes
9

10

11   IT IS SO ORDERED.

12   Dated:  __March 24, 2022__              _____

13                                            SENIOR  DISTRICT  JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28