UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>           Plaintiff,<br><br>v.<br><br>MOLLY HILL, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>ORDER SETTING EXPERT DISCOVERY DEADLINES<br><br>Expert Disclosures:     June 24, 2022<br><br>Rebuttal Expert Disclosures:     July 22, 2022<br><br>Expert Discovery Cutoff:     August 26, 2022 |

On September 13, 2021, the Court modified the schedule in this case. (ECF No. 59). In the order modifying the schedule, the Court noted that it would "reset the expert discovery deadlines following a decision on the motion(s) for summary judgment." (Id. at 2) (footnote omitted). On March 24, 2022, District Judge Anthony W. Ishii approved a stipulation in which the parties stated that they will not file motions for summary judgment. (ECF No. 71).

Accordingly, IT IS ORDERED that:

1. Expert witness disclosures shall be served no later than June 24, 2022;

2. Rebuttal expert witness disclosures shall be served no later than July 22, 2022; and

\\\
\\\
\\\

- 1 -

3. All expert discovery shall be completed no later than August 26, 2022.

IT IS SO ORDERED.

Dated: **March 28, 2022**                /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE