IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GINA CARUSO,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**MOLLY HILL, et al.,**<br><br>                                    Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER AND VACATE THE CURRENT TRIAL DATE**<br><br>(ECF No. 74)<br><br>Judge:         Hon. Anthony W. Ishii<br>Trial Date:   November 1, 2022<br>Action Filed: January 15, 2020 |

The parties, by and through their counsel of record, stipulate to modify the scheduling order to allow the parties to prepare for and complete the settlement conference scheduled in this case without having to expend resources on expert disclosures and trial preparation activities. Accordingly, the parties agree to and jointly request to modify the schedule order as follows:

1. Extend the time for disclosures of expert witnesses from the current date of June 28, 2022, to August 15, 2022;

2. Extend the time for rebuttal expert witness disclosures from the current date of July 22, 2022, to September 12, 2022;

3. Extend the expert discovery cutoff from the current deadline of August 25, 2022, to October 3, 2022; and

1    4.   Vacate the remaining dates in the scheduling order and the current trial date and order
2    that if the matter does not settle, the parties shall submit proposed trial dates and a proposed
3    schedule for pretrial matters by July 30, 2022.

4    Good cause for the modification exists as follows.  Following a mid-discovery status
5    conference in this case, the Court vacated the date for expert disclosures, to be re-set following a
6    decision on any summary-judgment motions.  (ECF No. 59.)  Summary-judgment motions were
7    due April 1, 2022; however, based on non-expert discovery and the agreement of the parties a
8    stipulation was reached by which one defendant was dismissed and certain affirmative defenses
9    were withdrawn. (ECF No. 71.) The parties determined not to file summary judgment motions for
10   the remaining claims and defenses.  (*Id*.)

11   The parties then agreed to set a settlement conference and contacted the court to set a
12   conference on March 24, 2022 via email.  On March 28, 2022, the Court set the current expert
13   disclosure deadlines.  (ECF No. 72.) However, the first available date for a settlement conference
14   that worked for the parties, the Court, and Plaintiff's institution was July 12, 2022. (ECF No. 73.)
15   Thus, while the parties had hoped the settlement conference could be set in advance of the current
16   expert disclosure deadlines that did not occur, despite the parties' diligence.  The parties wish to
17   avoid the expenditure of resources and time on expert disclosures and other trial preparation
18   activities in order to focus on preparing to conduct the settlement conference.

19   Additionally, Plaintiff's counsel is engaged in a 3-month trial that is expected to last
20   through July, which severely limited her availability for a settlement conference.  The other
21   scheduling deadlines should be modified as well, as they were all scheduled to be completed
22   following the completion of expert discovery.  These deadlines must necessarily be modified as
23   the pretrial statements, motions pertaining to incarcerated witnesses and pretrial conference
24   cannot be completed as required under Local Rule 281 until expert discovery is completed.
25   Accordingly, good cause exists to modify the scheduling order and vacate the trial date as
26   proposed by the parties.
27   \\\
28   \\\

2

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Dated:  May 23, 2022                              Respectfully submitted,

                                                                   ROB BONTA
                                                                   Attorney General of California
                                                                   ALICIA A. BOWER
                                                                   Supervising Deputy Attorney General


                                                                   _____/s/ *Arthur B. Mark III*_____
                                                                   ARTHUR B. MARK III
                                                                   Deputy Attorney General
                                                                   *Attorneys for Defendant*
                                                                   *M. Hill*



                                                                   JUSTICE FIRST


                                                                   _____/s/ *Jenny Huang*_____

                                                                   By:  Jenny C. Huang
                                                                   *Attorney for Plaintiff Gina Caruso*

/ / /

/ / /

/ / /

# ORDER

Good cause appearing, the parties' stipulation is approved. The current trial date, pretrial conference, and dates for the pretrial statements and motions for incarcerated witnesses are vacated. Additionally, expert witness disclosures shall be served no later than August 15, 2022; rebuttal expert witness disclosures shall be served no later than September 12, 2022; and all expert discovery shall be completed no later than October 3, 2022.

If the matter does not settle, the parties shall submit proposed trial dates and a schedule for pretrial matters by July 30, 2022.

IT IS SO ORDERED.

Dated: **May 24, 2022**       /s/ *Erica P. Grosjean*
                              UNITED STATES MAGISTRATE JUDGE