1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  GINA CARUSO,

Case No. 1:20-cv-00084-AWI-EPG (PC)

12              Plaintiff,

AMENDED ORDER (1) SETTING
SETTLEMENT CONFERENCE,

13      v.

(2) REQUIRING PERSONAL ATTENDANCE
BY CERTAIN INDIVIDUALS, (3)

14  MOLLY HILL, *et al.*,

REQUIRING SETTLEMENT CONFERENCE
STATEMENT MEETING CERTAIN

15              Defendant.

PARAMETERS, AND (4) SCHEDULING
PRE-CONFERENCE DISCUSSION

16

17         Magistrate Judge Jeremy D. Peterson will hold a settlement conference by Zoom on

18  September 21, 2022 at 10:00 a.m.  Counsel for the defendant(s) is directed to contact Courtroom

19  Deputy Nic Cannarozzi via email at ncannarozzi@caed.uscourts.gov one week prior to the

20  scheduled settlement conference to report on the institution's ability to produce the inmate for a

21  remote appearance.  The court expects that the parties will proceed with the settlement conference

22  in good faith and attempt to resolve all or part of the case.  If any party believes that the

23  settlement conference will not be productive, that party shall so inform the court as far in advance

24  of the settlement conference as possible.  Unless otherwise permitted in advance by the court, the

25  following individuals must attend the settlement conference: (1) all of the attorney(s) who will try

26  the case; and (2) individuals with full authority to negotiate and settle the case, on any terms.

27         No later than September 7, 2022, each party must submit to Judge Peterson's chambers

28  at jdporders@caed.uscourts.gov a confidential settlement conference statement.  These statements

should neither be filed on the docket nor served on any other party.  The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference.  While brevity is appreciated, each statement must include:

      (1) a brief recitation of the facts;

      (2) a discussion of the strengths and weaknesses of the case, from your party's perspective;

      (3) an itemized estimate of your party's expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

      (4) your best estimate of the probability that plaintiff will obtain a finding of liability should this case proceed to trial, in percentage terms;

      (5) should this case proceed to trial and defendant be found liable, please provide the following, in specific dollar terms:

            (a) a realistic high-end recovery estimate (*i.e.*, realistic best- or worst-case scenario)

            (b) a realistic low-end recovery estimate (*i.e.*, realistic worst- or best-case scenario), and

            (c) a best estimate of the most likely outcome;

      (6) a history of settlement discussions, including:

            (a) a statement of your expectations for settlement discussions;

            (b) a listing of any past and present settlement offers from any party (including all terms);

            (c) whether your party would consider making the opening offer or demand, and what that offer might be[1];

      (7) a list of the individuals who will be participating in the settlement conference on your party's behalf, including each participant's name and, if appropriate, title;

      (8) plaintiff's anticipated release date;

---

[1] Please note that Judge Peterson will consider this response, among others, in evaluating whether proceeding with a settlement conference appears worthwhile.

1      (9) an estimate of restitution and fees, including court fees and filing fees, owed by

2  plaintiff;

3      (10) identification of any related cases or of any other cases that the parties might wish to

4  discuss at this settlement conference; and

5      (11) a completed worksheet (blank version attached) highlighting your responses to

6  certain of the above questions.

7      In addition, a joint statement quoting the specific proposed language for the Settlement

8  Agreement and Affidavit including each party's contentions with respect thereto.

9      Judge Peterson will hold a short, pre-settlement conference telephone discussion on

10  September 14, 2022 at 2:00 p.m. (dial-in number: 1-888-557-8511; passcode: 1273468).  Only the

11  lead attorney from each side[2] should participate.  At Judge Peterson's discretion, the joint

12  telephonic discussion may be followed by private telephonic discussions between the judge and

13  each party.

14      In accordance with the above, it is hereby ORDERED that:

15      1.  A pre-settlement conference is set before Magistrate Judge Peterson on September 14,

16  2022 at 2:00 p.m.

17      2.  A settlement conference is set before Magistrate Judge Peterson on September 21,

18  2022, at 10:00 a.m.

19      3.  No later than September 7, 2022, each party must submit a confidential settlement

20  conference statement, as described above, to Magistrate Judge Peterson.

21

22

23  Dated: June 23, 2022

24                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

    ---
    [2] The court expects that the attorneys participating in the telephone discussion will also
28  participate in the settlement conference.

# Pre-Settlement Worksheet

|  | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |