**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA CARUSO,<br><br>        Plaintiff,<br><br>v.<br><br>MOLLY HILL, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 76)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON GINA CARUSO AND ON THE LITIGATION COORDINATOR AT CALIFORNIA INSTITUTION FOR WOMEN |

On June 23, 2022, the settlement conference judge, Magistrate Judge Jeremy D. Peterson, continued the settlement conference to September 21, 2022, at 10:00 a.m. (ECF Nos. 77 & 78). Therefore, the Court will vacate the order and writ of habeas corpus ad testificandum issued on June 6, 2022. The Court notes that it will issue an order and writ of habeas corpus ad testificandum with the new date approximately a month before the continued settlement conference.

Accordingly, IT IS ORDERED that:

1. The order and writ of habeas corpus ad testificandum issued on June 6, 2022, which directed the Warden to produce Gina Caruso, CDCR #W-25086, for a settlement conference on July 12, 2022, is VACATED; and

\\\
\\\
\\\
\\\
\\\

2. The Clerk of Court is directed to serve a copy of this order on Gina Caruso via mail and on the litigation coordinator at California Institution for Women via e-mail.

IT IS SO ORDERED.

Dated: **June 27, 2022**                          /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE