Jenny C. Huang, SBN 223596
Jessica T. Arena, SBN 301807
JUSTICE FIRST
180 Grand Avenue, Suite 1300
Oakland, CA  94612
Tel.: (510) 628-0695
Fax: (510) 318-7701
E-mail:   jhuang@justicefirst.net
              jarena@justicefirst.net

Attorneys for Plaintiff Gina Caruso

ROB BONTA, STATE BAR NO. 202668
ATTORNEY GENERAL OF CALIFORNIA
ALICIA A. BOWER, STATE BAR NO. 287799
Supervising Deputy Attorney General
ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone:  (916) 210-7345
   Fax:  (916) 324-5205
   E-mail:  Arthur.Mark@doj.ca.gov

Attorneys for Defendant Molly Hill

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOLLY HILL, et al.,<br><br>          Defendants. | Case No.: 1:20-cv-00084 (AWI)(EPG)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR EXPERT DISCOVERY**<br><br>**(ECF No. 79)** |

1  WHEREAS the parties were originally scheduled for a settlement conference on July 12,
2  2022 with Magistrate Judge Jeremy D. Peterson, with a settlement conference statement due on
3  June 28, 2022;

4  WHEREAS Plaintiff is currently incarcerated at the California Institution for Women
5  ("CIW");

6  WHEREAS Plaintiff's counsel had remote legal visits scheduled with Plaintiff on June 6,
7  2022, June 13, 2022, and June 20, 2022 for the purpose of preparing for the settlement
8  conference;

9  WHEREAS neither of the three legal visits scheduled between Plaintiff and her counsel
10 in June 2022 at CIW occurred as scheduled;

11 WHEREAS Plaintiff's counsel has been engaged in a trial since April 2022 that is
12 expected to last through July 2022;
13

14 WHEREAS Plaintiff's counsel has been unable to travel to CIW for an in-person legal
15 visit with Plaintiff and has limited availability during trial for remote legal visits;

16 WHEREAS upon request by the parties, the settlement conference with Magistrate Judge
17 Peterson has been continued until September 21, 2022;

18 WHEREAS the current scheduling order (ECF No. 75) includes the following dates for
19 expert discovery:  (1) expert disclosures are due on August 15, 2022; (2) rebuttal expert
20 disclosures are due on September 12, 2022; and (3) the expert discovery deadline is on October
21 3, 2022;

22 WHEREAS the current scheduling order requires the parties to submit proposed trial
23 dates and a schedule for pretrial matters by July 30, 2022;

24 IT IS HEREBY STIPULATED AND AGREED by the parties to respectfully request the
25 following schedule for expert discovery:

26   1. The current deadline of August 15, 2022 for expert disclosures may be extended until
27      October 21, 2022;
28

2. The current deadline of September 12, 2022 for rebuttal expert disclosures may be extended until November 18, 2022;

3. The current deadline of October 3, 2022 for completion of expert discovery may be extended to December 19, 2022;

4. The current deadline of July 30, 2022 for proposing trial dates and a schedule for pretrial matters, in the event a settlement is not reached on September 21, 2022, is extended until October 5, 2022.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Date:  June 24, 2022                           JUSTICE FIRST

                                            _____/s/ *Jenny Huang*_____
                                            By:  Jenny C. Huang
                                            Attorney for Plaintiff Gina Caruso


Date:  June 24, 2022                           _____/s/ *Arthur Mark*_____
                                            Deputy Attorney General Arthur B. Mark III
                                            Attorney for Defendant Hill

\\\
\\\
\\\

**ORDER**

Good cause appearing, the parties' stipulation is approved. Expert witness disclosures shall be served no later than October 21, 2022; rebuttal expert witness disclosures shall be served no later than November 18, 2022; and all expert discovery shall be completed no later than December 19, 2022. Additionally, if the matter does not settle at the settlement conference that is currently set on September 21, 2022, the parties shall submit proposed trial dates and a schedule for pretrial matters by October 5, 2022.

IT IS SO ORDERED.

Dated:   **June 27, 2022**                              /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE