UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>             Plaintiff,<br><br>     v.<br><br>MOLLY HILL, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>ORDER ALLOWING THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN AND THE WARDEN OF CENTRAL CALIFORNIA WOMEN'S FACILITY TO RESPOND TO PLAINTIFF'S MOTION TO MODIFY ORDER RE: LEGAL VISITS (ECF NO. 82)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER AND THE MOTION (ECF NO. 82) ON THE WARDEN OF CALIFORNIA INSTITUTION FOR WOMEN AND THE WARDEN OF CENTRAL CALIFORNIA WOMEN'S FACILITY<br><br>ORDER VACATING AUGUST 12, 2022, HEARING |

   On July 5, 2022, Plaintiff filed a motion to modify order re: legal visits.  (ECF No. 82). Plaintiff asks the Court to modify its order requiring confidential contact visits and telephone calls with Plaintiff's counsel, which the Court issued in Caruso v. Solorio, E.D. CA, Case No. 1:15-cv-00780.  (Id.).

   As Plaintiff is asking the Court to modify an order directed to the Warden of California Institution for Women, the Warden of Central California Women's Facility, and other correctional staff, the Court will allow the Wardens to file a response to the motion within

\\\

fourteen days from the date of service of this order if they choose to do so.[1]  Additionally, if Defendant wants to file a response to the motion, Defendant shall do so no later than fourteen days from the date of service of this order.[2]  Plaintiff has seven days from the date of service of each response to file her reply.

Additionally, as the Court finds that a hearing on the motion will not be beneficial, once briefing is complete, the Court will rule on the papers without a hearing.

Accordingly, IT IS ORDERED that:

1. The hearing on Plaintiff's motion to modify order re: legal visits, which is set for August 12, 2022, is VACATED;
2. Within fourteen (14) days from the date of service of this order, the Warden of California Institution for Women and the Warden of Central California Women's Facility may file a response to Plaintiff's motion (ECF No. 82);
3. Within fourteen (14) days from the date of service of this order, Defendant may file a response to Plaintiff's motion;
4. Plaintiff has seven days from the date of service of each response to file her reply; and

\\\
\\\
\\\
\\\
\\\
\\\
\\\

---

[1] While the Court is not requiring the Wardens to file a response, if no response is received, the Court may grant Plaintiff's motion without further notice.

It recently came to the Court's attention that in this case Plaintiff filed a motion that is identical to the motion she filed in Caruso v. Solorio, E.D. CA, Case No. 1:15-cv-00780.  In Caruso v. Solorio, the Court already allowed the Wardens to file a response to the motion.  Id. at ECF No. 369.  The Wardens may file that same response in this case, if they so choose.

[2] Based on Plaintiff's motion, the parties agree that the requested legal visits are warranted. (ECF No. 82, p. 3).  However, the parties do not agree that a court order is required.  (Id.).

5. The Clerk of Court is directed to serve the Warden of California Institution for Women and the Warden of Central California Women's Facility with a copy of this order and Plaintiff's motion (ECF No. 82).

IT IS SO ORDERED.

Dated: **July 11, 2022**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE