UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARUSO,<br><br>           Plaintiff,<br><br>    v.<br><br>MOLLY HILL, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00084-AWI-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 94) |

On December 21, 2022, the parties filed a joint stipulation dismissing this action with prejudice pursuant to a settlement agreement between the parties. (ECF No. 94). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is directed to close this case. However, the Court retains jurisdiction over the litigation to enforce the parties' settlement agreement.

IT IS SO ORDERED.

Dated:  **December 28, 2022**          /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1